537 A.2d 1360

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Donald RILEY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 12, 1987.

Decided Feb. 26, 1988.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeal Div., Frances Gralnek Gerson, Philadelphia, for appellant.

Regina B. Guerin, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order of Superior Court affirmed on the basis of *Commonwealth v. Weddington*, 514 Pa. 46, 522 A.2d 1050 (1987).

McDERMOTT, J., did not participate in the decision of this case.